## WATSON V. GAYLORD.

A bill of usury filed against a mortgage deed on a petition for fore-closure, may be received as an answer or a cross-bill.

PETITION in chancery to foreclose the equity of redemption in certain mortgaged premises.

The respondent on the second day of the court filed his complaint; alleging that more than lawful interest was included in, and secured by said mortgage, and prayed the aid of the petitioner's oath; the petitioner objected to receiving it: The court on consideration determined that as the petition was in chancery, the defendant had right to answer or file his cross-bill, and to have the benefit of the petitioner's oath.

The petitioner objected against being examined on oath touching said usury, because if true it would expose him to a penalty: But by the court the objection was overruled, and the petitioner withdrew his petition.

## STATE V. WORTHINGTON.

Upon a remonstrance to a return of auditors the court, will inquire of the auditors upon what principles they made out the balance.

RETURN of auditors in an action of account. Remonstrance — That the auditors had made a mistake, by charging the state a large sum in good money nominally, which was paid by said Worthington in depreciated bills. Objection was made as to any inquiry, respecting those facts; the court determined and did inquire of the auditors the principles upon which they made out the balance.

And said return was accepted.